# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DONNIE JENNINGS**                                                                              **PLAINTIFF**

**v.**                   **CASE NO. 5:18-CV-00205 BSM**

**DUSTY DODSON, et al.**                                                   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 18] is adopted, and the Doe defendants are dismissed without prejudice.

IT IS SO ORDERED this 15th day of February 2019.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE