IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNIE JENNINGS**                                            **PLAINTIFF**

V.                  **CASE NO. 5:18-CV-205-BSM-BD**

**DUSTY DODSON**, *et al*.                                  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Brian S. Miller. Any party may file objections to this Recommendation if they disagree with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.**      **Discussion**

Mr. Jennings, formerly an Arkansas Department of Correction inmate, filed this civil rights lawsuit on August 13, 2018, without the help of a lawyer. (Docket entry #1) On October 3, 2019, mail sent from the Court to Mr. Jennings was returned as "undeliverable," with a notation that Mr. Jennings had been "paroled." (#30) On October 7, the Court ordered Mr. Jennings to notify the Court of his new address within 30 days or risk dismissal of this lawsuit. (#32) That order was returned to the Court, marked

"undeliverable," on October 15. (#33) Mr. Jennings has had no contact with the Court since April 4, 2019. Local rules require pro se plaintiffs, including Mr. Jennings, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

### III.  Conclusion

The Court recommends that Mr. Jennings's claims be DISMISSED, without prejudice, based on his failure to comply with the October 7 Order and his failure to prosecute this lawsuit. The Defendants' motion for summary judgment (#24) should be DENIED, as moot.

DATED this 8th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE