# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DONNIE JENNINGS**                                                                       **PLAINTIFF**

**v.**

Case No. 5:18-cv-00205 BSM

**DUSTY DODSON, et al.**                                                **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 35] has been received. After careful review of the record, the RD is adopted, and this case is dismissed without prejudice. Defendants' motion for summary judgment [Doc. No. 24] is denied as moot.

IT IS SO ORDERED this 26th day of November 2019.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE